UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)   3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Cheryl Dixon, et al. v. Bayer HealthCare Pharmaceuticals, Inc., et al.*   No. 3:10-cv-10411-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on defendant's Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the defendant's Motion to Dismiss entered on June 21, 2013, the above captioned case is **DISMISSED with prejudice**. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
   **Deputy Clerk**

Dated: June 21, 2013

APPROVED:
   CHIEF JUDGE
   U. S. DISTRICT COURT

David R. Herndon
2013.06.21
16:29:45 -05'00'